UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBIE MARTINEZ,

    Plaintiff,

v.                                                   Case No: 8:14-cv-2415-T-30MAP

ANUSHKA PETROLEUM, INC. and
JESMIN CHAMELI,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Default Judgment (Dkt. #10). Upon review and consideration, it is the Court's conclusion that the Motion should be granted.

It is therefore **ORDERED AND ADJUDGED** that:

1.    Plaintiff's Motion for Default Judgment (Dkt. #10) is **GRANTED**.

2.    Default Final Judgment is hereby entered in favor of Bobbie Martinez (whose address is 137 9 Street West, Wahneta, FL 33880) and against Defendants, Anushka Petroleum, Inc. (address 3544 South Rifle Range Road, Winter Haven, FL 33880), and Jesmin Chameli (address of 124 Vista View Avenue, Eagle Lake, FL 33839), as follows:

    a.    In overtime and minimum wage damages, Plaintiff, Bobbie Martinez shall take **$6,354.23** from the Defendants, Anushka Petroleum, Inc. and Jesmin Chameli, jointly and severally.

    b. For liquidated damages, Plaintiff, Bobbie Martinez shall take an additional **$6,354.23** in damages from Defendants, Anushka Petroleum, Inc. and Jesmin Chameli, jointly and severally.

  3. Interest shall accrue at the statutory rate per annum.

  4. The Clerk of Court is directed to enter judgment in favor of Plaintiff, Bobbie Martinez and against Defendants, Anushka Petroleum, Inc. and Jesmin Chameli, in the amount of $12,708.46.

  5. The Court will retain jurisdiction to determine Plaintiff's attorney's fees and costs. Plaintiff shall file a motion for attorney's fees and costs within thirty (30) days from the date of this Order.

  6. All pending motions are denied as moot and the Clerk of Court is directed to close this case.

  **DONE** and **ORDERED** in Tampa, Florida, this 21st day of January, 2015.

                _JAMES S. MOODY, JR._
                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-2415 default judgment.docx