**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BOBBIE MARTINEZ,

    Plaintiff,

v.                                        Case No: 8:14-cv-2415-T-30MAP

ANUSHKA PETROLEUM, INC. and
JESMIN CHAMELI,

    Defendants.

---

**AMENDED[1] ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Entry of Default Final Judgment against all Defendants (Dkt. #10). Upon review and consideration, it is the Court's conclusion that the Motion should be granted.

It is therefore **ORDERED AND ADJUDGED** that:

1.    Plaintiff's Motion for Entry of Default Final Judgment against all Defendants (Dkt. #10) is **GRANTED**.

2.    Default Final Judgment is hereby entered in favor of Bobbie Martinez (whose address is 137 9 Street West, Wahneta, FL 33880) and against Defendants, Anushka Petroleum, Inc. (address 3544 South Rifle Range Road, Winter Haven, FL 33880), and Jesmin Chameli (address of 124 Vista View Avenue, Eagle Lake, FL 33839), as follows:

---

[1] Amending this Court's January 21, 2015 Order (Dkt. # 11).

    a. In overtime and minimum wage damages, Plaintiff, Bobbie Martinez shall take **$6,354.23** from the Defendants, Anushka Petroleum, Inc. and Jesmin Chameli, jointly and severally.

    b. For liquidated damages, Plaintiff, Bobbie Martinez shall take an additional **$6,354.23** in damages from Defendants, Anushka Petroleum, Inc. and Jesmin Chameli, jointly and severally.

  3. Execution shall issue on all sums.

  4. Interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

  5. The Clerk of Court is directed to enter an Amended Judgment in a Civil Case indicating that the judgment is a Default Final Judgment in favor of Bobbie Martinez (whose address is 1379 Street West, Wahneta, FL 33880) and against Defendants, Anushka Petroleum, Inc. (address 3544 South Rifle Range Road, Winter Haven, FL 33880), and Jesmin Chameli (address of 124 Vista View Avenue, Eagle Lake, FL 33839), in the amount of $12,708.46, with interest accruing at the statutory rate pursuant to 28 U.S.C. § 1961, for which sums let execution issue.

  6. The Court will retain jurisdiction to determine Plaintiff's attorney's fees and costs. Plaintiff shall file a motion for attorney's fees and costs within thirty (30) days from the date of this Order.

  7. All pending motions are denied as moot and the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of January, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-2415 amended default judgment.docx

3